**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-7232**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JARVARIS ANTWAN ANDREWS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:08-cr-00144-CCE-1; 1:23-cv-00638-CCE-JEP)

_____

Submitted:  March 28, 2024                                    Decided:  April 2, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jarvaris Antwan Andrews, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarvaris Antwan Andrews appeals the district court's order denying his motion seeking relief under § 404(b) of the First Step Act of 2018 and appointment of counsel, confining his appeal to the denial of relief under § 404(b). We have reviewed the record and find no reversible error in light of our decision in *United States v. Lancaster*, 997 F.3d 171, 174-75 (4th Cir. 2021) (noting that sentence does not qualify for reduction under § 404(b) if it was "the subject of a motion made after enactment of the First Step Act that was denied after a complete review of the motion on the merits" (internal quotation marks omitted)). Accordingly, we affirm the district court's order. *United States v. Andrews*, No. 1:08-cr-00144-CCE-1 (M.D.N.C. Nov. 17, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*